UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATOYA G. SPENCER, | |
| Plaintiff, | |
| -against- | 22-cv-7045-GHW-OTW |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER |
| Defendant. | |

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 11. The Court issued the Order of Service and Scheduling Order (ECF 7) because Plaintiff had previously been granted *in forma pauperis* status by Judge Woods. (ECF 5). The Court does not consider Plaintiff to be proceeding *pro se*.

Plaintiff's request is **DENIED** as moot.

SO ORDERED.

Dated:   March 21, 2023
         New York, New York

_____
ONA T. WANG
United States Magistrate Judge