**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LATOYA S.,

                Plaintiff,                      22 **CIVIL** 7045 (OTW)

      -v-                                      **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 27, 2024, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and the Commissioner's Motion for Judgment on the Pleadings is DENIED. This case is REMANDED for further proceedings consistent with this Opinion and Order. Accordingly, the case is closed.

**Dated:** New York, New York

      March 28, 2024

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court

                        **BY:**

                                                  **Deputy Clerk**